## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____     Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. __X__ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:            Brian Isbell

Is indictment waived:        __X__ Yes        ____ No

Pretrial Diversion:          ____ Yes         __X__ No

Juvenile proceeding:         ____ Yes         __X__ No

Defendant is:                __X__ Male       ____ Female

Superseding indictment or information    ____ Yes    __X__ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:    Butler

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody    _X_ is not in custody

Name of Institution: _____

Custody is on: ____ this charge    ____ another charge

____ another conviction

____ State    ____ Federal

Detainer filed: ____ yes    ____ no

Date detainer filed: _____

Total defendants: 1

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: Brian Isbell

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 331(c) and 333(a)(1) | Receipt in Interstate Commerce and Delivery of Misbranded Drugs | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____    /s/Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621