**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 21-129 |
| | ) | |
| BRIAN ISBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE REGARDING WAIVER AND PLEA HEARING**

In consideration of the request by public authorities that all institutions take necessary, reasonable and prudent precautions to reduce exposure to the COVID-19 virus in order to slow the spread of the disease, including self-quarantines and "social distancing," and given the in-person nature of an as-yet to be scheduled waiver and plea hearing in this case, the parties are hereby advised that the Court will entertain a motion to proceed with said hearing via videoconference provided that defense counsel (with consent of Defendant to waive his physical presence) files an appropriate motion requesting same by **April 6, 2021**. An example of said motion can be found on the Court's website at www.pawd.uscourts.gov/forms.

*W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record